FILED
MAR 0 8 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:11-M-1157

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) CRIMINAL INFORMATION |
| DARDEN JR, ROBERT T. | ) |
| | ) |

Defendant:
    The United States Attorney charges:

### COUNT ONE

THAT, on or about 30 October 2010, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, DARDEN JR, ROBERT T., did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

### COUNT TWO

THAT, on or about 30 October 2010, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, DARDEN JR, ROBERT T., did knowingly use or possess with the intent to use, drug paraphernalia, in violation of Title 18,

United States Code, Section 13, assimilating North Carolina General Statute 90-113.22.

COUNT THREE

THAT, on or about 30 October 2010, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, DARDEN JR, ROBERT T., did operate a motor vehicle upon a street, highway, or public vehicular area while his driver's license was suspended, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-28(a).

COUNT FOUR

THAT, on or about 30 October 2010, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, DARDEN JR, ROBERT T., did go upon said Reservation for one or more purposes prohibited by law, in violation of Title 18, United States Code, Section 1382.

GEORGE E.B. HOLDING
UNITED STATES ATTORNEY

BY: _____
JAMAL A. RHINEHARDT
Special Assistant United States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222